IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

UNITED STATES OF AMERICA,

    Plaintiff/Respondent,

v().                                         No. CV 07-0671 WJ/CEG
                                             CR 03-1453 WJ

RANDALL ZUNIE,

    Defendant/Movant.

## ORDER ADOPTING MAGISTRATE JUDGE'S PROPOSED FINDINGS AND RECOMMENDED DISPOSITION

    The Magistrate Judge filed her Proposed Findings and Recommended Disposition on February 4, 2008. *See Doc 10.* The Proposed Findings and Recommended Disposition recommends that the Court deny Zunie's § 2255 motion and dismiss this case with prejudice. *Id*. Zunie filed objections to the Proposed Findings and Recommended Disposition on February 21, 2008. *See Doc. 11*. The Court has carefully reviewed Zunie's objections de novo and finds them to be not well taken.

    Wherefore,

    IT IS HEREBY ORDERED THAT:

    1)    the Magistrate Judge's Proposed Findings and Recommended Disposition (Doc. 10) are adopted;

    2)    the § 2255 motion to vacate, set aside, or correct sentence (Doc. 1) is denied; and

    3)    civil case number 07-0671 WJ/CEG is dismissed with prejudice.

_____
UNITED STATES DISTRICT JUDGE